PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

FILED _____ LODGED
_____ RECEIVED
Jan 27 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**Name:** Christopher Hospodor  **Case Number:** CR23-05329
**Name of Judicial Officer:** The Honorable Theresa L. Fricke, Chief United States Magistrate Judge
**Date of Original Sentence:** 07/29/2024  **Date of Report:** 01/27/2026
**Original Offense:** Reckless Driving
**Original Sentence:** 18 months' probation
**Type of Supervision:** Probation  **Date Supervision Commenced:** 07/29/2024
**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☐ Restitution:
☐ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: Abstain from intoxicants, not to enter alcohol establishments, not to drive without a license or insurance, submit to search, 12-months ignition interlock.

## NONCOMPLIANCE SUMMARY

I allege Christopher Hospodor has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Driving without a license in violation of a special condition of supervision. |

Supporting Evidence: On January 24, 2026, Mr. Hospodor was arrested by the Bremerton Police Department for driving without a license third degree. His case was adjudicated by their Court and his charges were reduced to the infraction of no valid operator license and a fine. Mr. Hospodor reports he was unaware his license was suspended out of Florida and he needs to take a class and pay a nominal re-issue fee.

Mr. Hospodor's term of supervision expires tomorrow, January 28, 2026.

United States Probation Officer Action:
☐ Compliance conference with unit supervisor
☐ Increased frequency of testing
☐ Placement in a structured testing program
☐ Referral for community based residential program
☐ Referral for counseling
☐ Referral for intensive outpatient treatment
☐ Referral for professional assessment
☒ Reprimand by probation officer
☐ Other:

I consulted with Assistant United States Attorney Sandra Bostic, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 27th day of January, 2026. | BY: |
| *[signature]*<br>Jeffery S. Robson<br>United States Probation Officer Assistant | *[signature]*<br>Jaymie Parkhurst<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

- [x] Judicial Officer endorses the United States Probation Officer's actions
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

*[signature: Theresa L. Fricke]*
Signature of Judicial Officer

1-27-2026
Date